1   WILLIAM M. KUNTZ   # 153052
    Attorney at Law
2   4780 Arlington Avenue
    Riverside, CA 92504
3   (951) 343-3400
    Fax (951) 343-4004
4   E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                         EASTERN DIVISION

10

11  VIRGINIA VALENZUELA,            )      CASE NO.: **EDCV 10-01279 SS**
                                    )
12              Plaintiff,          )      [~~PROPOSED~~] ORDER AWARDING
                                    )      EAJA FEES
13          v.                      )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
15                                  )
                Defendant.          )
16  _____ )

17

18          Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20          **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22  TWELVE DOLLARS and no/cents ($2,012.00), as authorized by  28 U.S.C. §

23  2412 (d), and subject to the terms and conditions of the Stipulation.

24          DATED:      September 14, 2011

25                              /S/ Suzanne H. Segal

26                              _____
                                UNITED STATES MAGISTRATE JUDGE

27

28

                                      1